CLOSED, JURY, MDL

# U.S. District Court [LIVE]
# Eastern District of TEXAS LIVE (Beaumont)
# CIVIL DOCKET FOR CASE #: 1:07-cv-00638-TH

Skinner et al v. C.R. Bard, Inc. et al
Assigned to: Judge Thad Heartfield
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/19/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

| | | |
|---|---|---|
| **Charles Skinner** | represented by | **Christopher Thomas Kirchmer**<br><br>Provost Umphrey - Beaumont<br>490 Park St.<br>P.O. Box 4905<br>Beaumont, TX 77704-4905<br>409/835-6000<br>Fax: 409-813-8614<br>Email: ckirchmer@provostumphrey.com<br><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **D'Juanna Skinner** | represented by | **Christopher Thomas Kirchmer**<br><br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT, TEXAS
BY Brenda Carter

**C.R. Bard, Inc.**

**Defendant**

**Davol Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/20/2007 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 1270677.), filed by Charles Skinner, D'Juanna Skinner.(Kirchmer, Christopher) Additional attachment added on 9/24/2007, Civil Cover Sheet (aam, ). Modified on 9/24/2007 (aam, ). (Entered: 09/20/2007) |
| 09/24/2007 | 2 | Magistrate Consent Form sent electronically to plas' atty Christopher Kirchmer. (aam, ) (Entered: 09/24/2007) |
| 10/17/2007 | 3 | WAIVER OF SERVICE Returned Executed as to Davol Inc waiver sent on 9/20/2007. (bjc, ) (Entered: 10/18/2007) |
| 10/17/2007 | 4 | WAIVER OF SERVICE Returned Executed as to C.R. Bard, Inc. waiver sent on 9/20/2007. (bjc, ) (Entered: 10/18/2007) |
| 10/29/2007 | 5 | CONDITIONAL TRANSFER ORDER (CTO-6) transferring case to the District of Rhode Island for inclusion in MDL 1842 in re: Kugel Mesh Hernia Patch Products Liability Litigation and assigned to the Honorable Mary M Lisi (signed by Clerk of the Panel) (bjc, ) (Entered: 10/31/2007) |